AO91 (Rev.5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.

**CRIMINAL COMPLAINT**

YASIDE J. MOTLEY, and
TYLER C. BARTHOLOMEW,

CASE NUMBER: 3:06-MJ-099-JDR

Defendant.

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about <u>June 1, 2006</u> in the District of Alaska, defendant(s) did, (Track Statutory Language of Offense) <u>knowingly and intentionally possess with intent to distribute a controlled substance, namely 500 grams or more of a mixture and substance containing cocaine</u>

in violation of Title <u>21</u>, United States Code, Section(s) <u>841(a)(1), (b)(1)(B)</u>.

I further state that I am a(n) <u>DEA Task Force Officer</u> and that this Complaint is based on the following facts:

  See attached affidavit, incorporated herein by this reference.

Continued on the attached sheet and made a part hereof:   <u>XX</u> Yes   ___ No

                   <u>/s/Eliezer Feliciano</u>
                   Signature of Complainant

Sworn to before me and subscribed in my presence,

<u>June 2, 2006</u>   at   <u>Anchorage, Alaska</u>
Date                        City and State

John D. Roberts
<u>United States Magistrate Judge</u>     <u>/s/ John D. Roberts [seal affixed]</u>
Name and Title of Judicial Officer     Signature of Judicial Officer