MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs   TYLER CHRISTIAN BARTHOLOMEW
CASE NO.   3:06-CR-00055-01-RRB
Defendant: X Present   X In Custody

BEFORE THE HONORABLE   JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:   CAROLINE EDMISTON

UNITED STATES ATTORNEY:   LARRY CARD

DEFENDANT'S ATTORNEY:   T. BURKE WONNELL

U.S.P.O.:   PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT Held 06/22/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:33 a.m. court convened.

 X Copy of Indictment given to defendant: waived reading.

 X Defendant advised of general rights, charges and penalties.

 X Defendant stated Age: 22

 X PLEAS: Not Guilty to Counts 1, 2, 3, & 4 of the Indictment and DENIED Count 5 of the Indictment.

 X Pretrial motions due: **July 13, 2006;** Meet and confer **June 28, 2006.**

 X Counsel advised of trial date: Final Pretrial Conference set **August 15, 2006 at 8:45 a.m.**   Trial by Jury set **August 21, 2006 at 8:30 a.m.;** Order for the Progression of a Criminal Case **FILED.**

 X Defendant's detention continued.

At 9:41 a.m. court adjourned.

DATE:   June 22, 2006   DEPUTY CLERK'S INITIALS:   ce