UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


 USA  v.  BARTHOLOMEW and MOTLEY 

DATE:   August 10, 2006         CASE NO.    3:06-CR-0055-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **SCHEDULING HEARING**

---

Defendant Motley's Unopposed Motion to Continue Trial (Docket 29) will be addressed at the final pretrial conference on **Thursday, August 17, 2006, at 10:15 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING