T. BURKE WONNELL
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
(907)276-8008, (f)(907)278-8571

CJA Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-CR-55-1 RRB |
| ) | |
| Plaintiff, ) | **NOTICE OF INTENT TO CHANGE PLEA** |
| ) | |
| vs. ) | |
| ) | |
| TYLER CHRISTIAN BARTHOLOMEW, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

COMES NOW Tyler Christian Bartholomew, by and through undersigned counsel, and hereby gives notice of his intent to enter a change of plea pursuant to a plea agreement to be filed separately. Defendant requests that the Court schedule a hearing for this purpose after the filing of the plea agreement.

RESPECTFULLY SUBMITTED this 18th day of October, 2006.

By: s/ T. Burke Wonnell_____
CJA Counsel for Defendant
Tyler Christian Bartholomew
2600 Denali St., Suite 460
Anchorage, AK 99503
Phone: (907)276-8008
E-mail:
tburkewonnell@alaska.net
AK Bar No. 9610049

CERTIFICATE OF SERVICE

I hereby certify that true and correct copies
of the foregoing were sent by mail to:

M.J. Haden, Esq.
David A. Nesbett, Esq.

this 18th day of October, 2006.


_____s/ T. Burke Wonnell_____
T. BURKE WONNELL

Case 3:06-cr-00055-RRB     Document 37     Filed 10/18/2006     Page 2 of 2