MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs TYLER C. BARTHOLOMEW   CASE NO.   3:06-CR-00055-01-RRB
Defendant: X Present    X In Custody

BEFORE THE HONORABLE         RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:       CAROLINE EDMISTON

UNITED STATES ATTORNEY:      DAVID NESBETT

DEFENDANT'S ATTORNEY:        T. BURKE WONNELL

U.S.P.O.:                    PATTY WONG

PROCEEDINGS: PROPOSED CHANGE OF PLEA HEARING Held 10/24/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:33 a.m. court convened.

 X Defendant sworn.

 X Defendant advised of general rights, charges and penalties.

 X Defendant states true name: Same as above       Age:   22

 X Defendant changed plea to guilty on Count 1 of the Indictment.

 X Court accepted plea; Referred to P.O. for presentence report.

 X Imposition of Sentence set for **January 2, 2007 at 9:00 a.m.**

 X Defendant's detention continued pending Imposition of sentence.

 X OTHER: Court and counsel heard re plea agreement and appeal rights.

At 8:48 a.m. court adjourned.

DATE:   October 24, 2006     DEPUTY CLERK'S INITIALS:     CE