# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u> BARTHOLOMEW </u>

DATE: <u>  November 29, 2006  </u>   CASE NO. <u>  3:06-CR-0055-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING SENTENCING**

---

Due to a judicial scheduling conflict, the sentencing in this matter, presently scheduled for January 2, 2007, is **RESCHEDULED** and will be held on **Thursday, January 11, 2007,** at **10:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RESCHEDULING HEARING