NELSON P. COHEN
United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-CR-0055-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | <u>GOVERNMENT'S</u> |
| vs. | ) | <u>SENTENCING</u> |
| | ) | <u>MEMORANDUM</u> |
| TYLER BARTHOLOMEW, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, by and through counsel, and respectfully submits this Sentencing Memorandum regarding the defendant, TYLER BARTHOLOMEW, who is scheduled to be sentenced on January 11, 2007.  For the reasons provided below, the government concurs with the recommendations made in the final presentence report ("PSR"), except as to the

enhancement to the base offense level for possession of a firearm, and recommends

a sentence of 120 months, the middle of the sentencing guideline range of 108-135

months, and the mandatory minimum sentence under the statute.

I.    BACKGROUND

On October 24, 2006, the defendant pled guilty to the following count of the

Indictment: Drug Conspiracy, in violation of 21 U.S.C. §§ 846, 841(a)(1),

(b)(1)(A) and (b)(1)(B).  During his plea colloquy, Bartholomew admitted that in

May and June of 2006 he conspired to possess with intent to distribute the

equivalent of 5000 grams or more of cocaine.

II.    SENTENCING CALCULATION

A.    Statutory Maximum Sentence

$100 special assessment.

B.    Sentencing Guidelines Calculation

As noted in the Addendum to the PSR, the government does not have any

unresolved objections to the draft PSR.  The defendant's objections have been

addressed.  The PSR calculates the guideline imprisonment range to be 135-168

months.  The government respectfully disagrees and calculates the guideline

imprisonment range to be 108-135 months.  With a statutory mandatory minimum

120 months, the recommended sentencing range should thus be 120-135 months.

III.    GOVERNMENT'S SENTENCING RECOMMENDATION

The government respectfully recommends that the court impose a sentence of 120 months.

The government agrees with the guideline calculation in the PSR except as to the 2 level enhancement to the base offense level for the possession of a firearm. The government is not prepared to attempt to establish that the firearms in the apartment were possessed by the defendant.  The evidence shows that drug dealing occurred at that residence, that firearms were present inside the residence, and that firearms inside the residence were "connected with the offense of drug distribution."  USSG § 2D.1.1, application note 3.  The evidence does not show, however, that the defendant knew the contents of the residence.  It is possible, however unlikely, that the defendant entered the apartment not knowing that firearms were present inside.  The lack of a clear nexus between the defendant and the firearms and the other drugs already in the apartment, is consistent with the government's decision to dismiss Count 4, possession of a firearm during and in relation to and in furtherance of a drug trafficking crime.

When considering the guideline sentencing factors, therefore, a sentence in

US v. Bartholomew
3:06-CR-0071-HRH                        3

the middle of the appropriate sentencing range is appropriate. Such a sentence would recognize the seriousness of defendant's offense conduct, afford adequate deterrence to future criminal conduct and, meanwhile, protect the public from further crimes of the defendant.

The government recommends that the defendant be sentenced as follows:

(1)    **120  months in custody**;

(2)    **No fine is requested** due to the defendant's inability to pay;

(3)    **A five (5) year period of supervised release,** and

(4)    **A special assessment in the amount of $100.00** is, of course, required.

RESPECTFULLY SUBMITTED this <u>4th</u> day of January, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


<u>s/ David A. Nesbett</u>
Special Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov
Alaska Bar # 9811075

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2007,
a copy of the foregoing  was served
electronically on:

T. Burke Wonnell

s/ David A. Nesbett