MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. <u>TYLER CHRISTIAN BARTHOLOMEW</u> CASE NO. <u>3:06-cr-00055-01-RRB</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE:          <u>RALPH R. BEISTLINE</u>

DEPUTY CLERK/RECORDER:         <u>APRIL KARPER</u>

UNITED STATES' ATTORNEY:       <u>DAVID NESBETT</u>

DEFENDANT'S ATTORNEY:          <u>THOMAS BURKE WONNELL</u>

U.S.P.O.:                      <u>PATRICIA WONG</u>

PROCEEDINGS: IMPOSITION OF SENTENCE HELD JANUARY 11, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:10 a.m. court convened.

<u>X</u> Notice of Appeal form given to defendant.

<u>X</u> Court stated findings/reasons pursuant to sentencing guidelines.

<u>X</u> Imprisonment for a period of <u>120 months on Count 1 of the Indictment.</u>

<u>X</u> Defendant placed on supervised release for a period of <u>60</u> months under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

<u>X</u> Special Assessment $<u>100.00</u>, due <u>immediately.</u>

<u>X</u> Defendant remanded to the custody of the U.S. Marshal.

<u>X</u> On motion of the U.S. Attorney, remaining counts <u>2, 3, 4, and 5</u> of the Indictment **DISMISSED.**

<u>X</u> OTHER: <u>Court and counsel heard re presentence report; court accepted the presentence report with changes. Court strongly recommended that the defendant participate in the 500 hour drug and alcohol program and recommended that the defendant serve his time at the facility located in Terre Haute, Indiana. Appeal rights given. Payment Coupon given to defendant.</u>

At 10:33 a.m. court adjourned.


DATE:   <u>January 11, 2007</u>        DEPUTY CLERK'S INITIALS:   <u>ak</u>